IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   No. 05-20231-B

MARCUS TALLEY

### ORDER CONTINUING ARRAIGNMENT AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The Defendant was not transported to the United States District Court for the scheduled hearing on July 27, 2005. The Court found that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, August 3, 2005 @ 10:00a.m.** in Courtroom **M-3, 9th fl.**, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of **7/27/05** through, **8/2/05** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This **28th** day of July, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **7-29-05**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT