UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 13 AM 10: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.  Cr. No. 05-20231-B

MARCUS TALLEY,

Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS SEARCH OF RESIDENCE, STATEMENTS AND MEMORANDUM IN SUPPORT

Upon motion of the Defendant for leave to file a Motion to Suppress Search of Residence, Statements and Memorandum in Support, and it appearing that the motion is well taken and for good cause shown:

**IT IS ORDERED** that Defendant's Motion to Suppress Search of Residence, Statements and Memorandum in Support in this case is hereby **FILED INSTANTER**.

It is so **ORDERED**, this the 13th day of Sept, 2005.

HONORABLE J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT