IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                    Cr. No.   05-20231-B

MARCUS TALLEY,

Defendant.

## ORDER GRANTING MOTION FOR EXAMINATION OF DEFENDANT PURSUANT TO 18 U.S.C. § 4241

For good cause shown, upon the petition of counsel for the defendant Marcus Talley, that the defendant be examined at the nearest Federal Medical Facility, to determine whether he is able to assist his counsel in the sentencing proceedings of his case, and without objection by the government, the Court hereby **GRANTS** defendant's motion.

The United States Marshal is ordered to transport the defendant Marcus Talley to the nearest Federal Medical Facility for a mental examination pursuant to 18 U.S.C. § 4241, and to then return him to the Western District of Tennessee upon completion of his evaluation.

It is so **ORDERED**, this the ___2___ day of November, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT