IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -3 PM 4: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Cr. No.   05-20231-B

MARCUS TALLEY,

Defendant.

## ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING PENDING EXAMINATION

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the suppression hearing in this case.

The suppression hearing is hereby continued until to a date about seventy-five (75) days from the current setting to allow for the evaluation and for receipt and review of the report. The suppression hearing is continued until _evaluation is performed. Set for Report Date on Monday, January 30, 2006 @ 9:30am_

It is so **ORDERED**, this the __2__ day of November, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11-4-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT