IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 22  PM 2: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff

VS.

    CR. NO. 05-20231-B

MARCUS TALLEY,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on August 29, 2005. At that time, Counsel for the defendant requested continuance in order to allow for additional preparation in the case, and later requested a date for suppression hearing. The Court granted the request and set a suppression hearing date of November 3, 2005. Counsel for the government subsequently requested a continuance to allow for evaluation of the defendant.

The Court granted the request and re-set the **Suppression Hearing/Report Date for Monday, January 30, 2006 at 9:30 a.m.** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from November 18, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 22 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05

28



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT