IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        No. 05-20231-B

MARCUS TALLEY,

    Defendant.

---

### ORDER EXTENDING TIME TO COMPLETE MENTAL HEALTH EVALUATION

---

On November 2, 2005, this court entered an order directing that the defendant, Marcus Talley, undergo a mental evaluation pursuant to 18 U.S.C. § 4241, to determine his competency to stand trial. On December 2, 2005, the court received a letter, by certified mail, from Stephen M. Dewalt, Warden, Federal Bureau of Prisons, in Lexington, Kentucky, indicating that the defendant arrived at the federal prison on November 22, 2005. In his letter, Warden Dewalt stated that due to the large number of evaluations at the institution and in order to permit his clinical staff sufficient time to conduct a thorough evaluation, a request was being made for an extension of forty-five days from the defendant's arrival at the prison to complete the evaluation. According to Warden Dewalt's calculations, that evaluation would be completed on or before January 27, 2006.

For good cause shown, the court hereby extends the time within which the defendant, Reynolds, is to undergo a mental health evaluation through and including January 27, 2006.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05

**IT IS SO ORDERED** this 5th day of December, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20231 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT